# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VANESSA RIVADENEIRA, on behalf of herself and all others similarly situated, | : : : |
| Plaintiff(s), | : No. 2:19-cv-21901-SDW-LDW |
| v. | : : |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC and JOHN DOES 1-25, | : : : |
| Defendant(s). | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Vanessa Rivadeneira, and Defendant Healthcare Revenue Recovery Group, LLC, by and through their undersigned counsel, hereby STIPULATE AND AGREE that any and all claims in this matter have been fully resolved and settled and this case should be DISMISSED WITH PREJUDICE, and without costs to either party.

| | |
|---|---|
| CHULSKY KAPLAN, LLC | KAUFMAN DOLOWICH & VOLUCK, LLP |
| /s/ Ben A. Kaplan | /s/ Monica M. Littman |
| BEN A. KAPLAN, ESQUIRE | RICHARD J. PERR, ESQUIRE |
| 280 Prospect Avenue, 6G | MONICA M. LITTMAN, ESQUIRE |
| Hackensack, NJ 07601 | MATTHEW E. SELMASSKA, ESQUIRE |
| 877-827-3395 x 102; (fax) 877-827-3394 | Four Penn Center |
| ben@chulskykaplanlaw.com | 1600 John F. Kennedy Blvd, Suite 1030 |
| Attorney for Plaintiff | Philadelphia, PA 19103 |
| | Telephone: (215) 501-7002 |
| | Facsimile: (215) 405-2973 |
| | rperr@kdvlaw.com; mlittman@kdvlaw.com; mselmasska@kdvlaw.com |
| | Attorneys for Defendant Healthcare Revenue Recovery Group, LLC |

Dated:  August 18, 2020

**SO ORDERED.**
*s/Susan D. Wigenton*
Hon. Susan D. Wigenton
United States District Judge
Dated: August 20, 2020